**Jorge J. SOLANO–MORETA, Petitioner–Appellant,**

v.

**Tracy W. JOHNS, Respondent–Appellee.**

No. 13–7477.

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2014.

Decided: March 27, 2014.

Jorge J. Solano–Moreta, Appellant Pro Se. Christina Ann Kelley, Bureau of Prisons, Butner, North Carolina, for Appellee.

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jorge J. Solano–Moreta, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Solano–Moreta v. Johns,* No. 5:12–hc–02081–BO (E.D.N.C. Aug. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*